**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

ROBERT BATES,                                 )        CASE NO. 1:25-cv-1115
                                              )
                                              )
                    Petitioner,               )        CHIEF JUDGE SARA LIOI
                                              )
vs.                                           )
                                              )        **ORDER**
                                              )
WARDEN MICHAEL SWARTZ,                         )
                                              )
                                              )
                    Defendant.                )

Before the Court is the report and recommendation ("R&R") of Magistrate Judge Jennifer

D. Armstrong in the above-entitled action. (Doc. No. 18.) Under the relevant statute:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C). In this case, the fourteen-day period has elapsed, and no objections have

been filed by petitioner Robert Bates. The failure to file written objections to a Magistrate Judge's

report and recommendation constitutes a waiver of a de novo determination by the district court

of an issue covered in the report. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140

(1985); *see United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

The Court has reviewed the Magistrate Judge's R&R and agrees with the same.

Accordingly, the R&R is hereby ADOPTED, and petitioner's petition for writ of habeas corpus

(Doc. No. 1) is DENIED. Furthermore, the Court CERTIFIES that an appeal from this decision

could not be taken in good faith and that there is no basis upon which to issue a certificate of

appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

       **IT IS SO ORDERED**.


Dated: March 23, 2026

                                                              **HONORABLE SARA LIOI**
                                                              **CHIEF JUDGE**
                                                              **UNITED STATES DISTRICT COURT**